IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-CR-42 (DF) |
| STEVEN THOMAS MOORE, | RE: VIOLATION OF CONDITIONS OF RELEASE |
| Defendant | |

## ORDER OF REVOCATION AND DETENTION

Defendant STEVEN THOMAS MOORE, represented by legal counsel Mr. Fred I. Graham of the Warner Robins Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Tony W. Elder, Jr. on October 21, 2005. The government was represented by Assistant U.S. Attorney George Christian. The defendant admitted the violations set forth in Mr. Elder's petition; he further admitted to absconding from supervision. Therefore, the court found him to be in violation of conditions of pretrial release imposed upon him on June 3, 2005

**IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered June 3, 2005, be, and it is, **REVOKED** and that the defendant be **DETAINED**. The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of her case. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 10th day of FEBRUARY, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE